1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10   DAVID USSERY,
11              Plaintiff,                      No. CIV S-06-0586 MCE KJM P
12       vs.
13   UNITED STATES ATTORNEY,
     et al.,
14              Defendants.                     ORDER FOR PAYMENT
15   _____/              OF INMATE FILING FEE

16   To: Warden, United States Penitentiary, 3901 Klein Blvd., Lompoc, CA 93436:

17          Plaintiff, a federal prison inmate proceeding pro se and in forma pauperis, is
18   obligated to pay the statutory filing fee of $250.00 for this action.  Plaintiff is obligated to make
19   monthly payments in the amount of twenty percent of the preceding month's income credited to
20   plaintiff's trust account.  Plaintiff has been assessed an initial partial filing fee of $9.40  for this
21   action pursuant to 28 U.S.C. § 1915(b)(1).  Upon payment of that initial partial filing fee,
22   plaintiff will be obligated to make monthly payments in the amount of twenty percent of the
23   preceding month's income credited to plaintiff's trust account.  The Warden of the United States
24   Penitentiary is required to send to the Clerk of the Court the initial partial filing fee and thereafter
25   payments from plaintiff's prison trust account each time the amount in the account exceeds
26   $10.00, until the statutory filing fee of $250.00 is paid in full.  28 U.S.C. § 1915(b)(2).

                                                    1

1  Good cause appearing therefore, IT IS HEREBY ORDERED that:

2  1. The Warden of the United States Penitentiary, Lompoc or a designee shall
3  collect from plaintiff's prison trust account an initial partial filing fee in the amount of $9.40 and
4  shall forward the amount to the Clerk of the Court. Said payment shall be clearly identified by
5  the name and number assigned to this action.

6  2. The Warden of the United States Penitentiary, Lompoc or a designee shall
7  collect shall collect from plaintiff's prison trust account the $240.60 balance of the filing fee by
8  collecting monthly payments from plaintiff's prison trust account in an amount equal to twenty
9  percent (20%) of the preceding month's income credited to the prisoner's trust account and
10 forwarding payments to the Clerk of the Court each time the amount in the account exceeds
11 $10.00 in accordance with 28 U.S.C. § 1915(b)(2). The payments shall be clearly identified by
12 the name and number assigned to this action.

13 3. The Clerk of the Court is directed to serve a copy of this order and a copy of
14 plaintiff's signed in forma pauperis affidavit on Warden of the United States Penitentiary,
15 Lompoc, 3901 Klein Blvd., Lompoc, California 93436.

16 4. The Clerk of the Court is directed to serve a copy of this order on the Financial
17 Department of the court.

18 DATED: December 11, 2006.

_____
U.S. MAGISTRATE JUDGE

2
usse0586.cdc